*ELLETT LAW OFFICES, P.C*
**2999 North 44th Street
Suite 330
  Phoenix, Arizona  85018  
Telephone:  (602) 235-9510
Facsimile:  (602) 235-9098**

February 27, 2012

Driscoll, Jon & Christine(by e-mail)
09-08577-RTB

| 6/4/08 | rje | cw client on financial problems and possible solutions | 1.0 |
|---|---|---|---|
| 8/13/08 | rje | review of pay stubs for June and July and create income chart .9 | .9 |
| 8/29/08 | rje | review of credit counseling certs for John and Christina Driscoll | .1 |
| 4-17-09 | rje | Cw Driscoll's on summons and options .5;cw mak on case and next steps .2 | .7 |
| 4-17-09 | mak | draft petition, means test | 1.4 |
| 4-24-09 | mak | draft list of creditors .8; cw client on case and documents .7 | 1.5 |
| 4-24-09 | rje | ro documents and ro petition and filing documents and cw clients | 1.4 |
| 4-27-09 | rje | sign petition, counsel cert and ecf | 1.0 |
| 4-30-10 | rje | ro 341 notice and docket.1 | .1 |
| 5-4-10 | mak | ro 341 notice and draft letter to client on same | .3 |
| 5-7-09 | mak | draft schedules, SOFA and 2016 | 2.3 |
| 5-7-09 | rje | review of bank statements, tax returns .3;revise schedules and sofa .3;update means test for recent months data .5; and review of letter from Wells farg on secured loan .1; draft chapter 13 plan .6 | 1.8 |
| 5-9-09 | rje | ro final schedules and ecf | .3 |
| 5-10-09 | rje | draft motion for wage order, order, and ecf | .4 |
| 5-15-09 | rje | draft notice of bk failing for state court action .2 | .2 |
| 5/20/09 | adl | ro signed  wage order .1 and draft letter to employer re: WO | .3 |

| 5-22-09 | rje | ro notice of appearance by mark Bosco and objection to plan .2 tcw John Driscoll re: he wants to try and obtain a modification for the loan on home .2 | .4 |
|---|---|---|---|
| 5-28-09 | rje | cw client and send letter to mortgage company allowing direct discussions on modification .4 | .4 |
| 6-5-09 | rje | ro notice of appearance by M. Coonor .1 | .1 |
| 8-8-09 | rje | ro assignment of claim to ECMC | .1 |
| 8-11-09 | rje | review of stay violation suit and review of file and letter and draft and complete notice on stay violation into state court .6; ro property tax 'past due notice .1 | .7 |
| 8-18-10 | rje | ro letters that violate stay from IRS, Northland, and "Mas Security" and prepare three letters demanding compliance with stay | .9 |
| 9-2-09 | rje | ro trustee recommendation and ro file regarding issues raised | .3 |
| 9-17-09 | rje | TCW Catholic Charties attorney on confirmation issues and status | .2 |
| 9-17-09 | rje | LR re: procedure to avoid 2nd lien and recent developments in area | 1.2 |
| 9-17-09 | rje | ro proof claims and re-calculate amounts for plan payments in light of secured proof of claims | .5 |
| 9-18-09 | rje | Cw Mak re: drafting soc based on new calculations | .2 |
| 9-18-9 | rje | TCT Kathy Driscoll and leave message on machine | .1 |
| 9-18-09 | rje | TCW Kathy re: options and approval of step payment plan | .2 |
| 9-21-09 | rje | revise soc, .2 | .2 |
| 9-21-09 | rje | draft letter, revise and sign letter to Tiffany and Bosco | .3 |
| 9-23-09 | rje | legal research on proper procedure to avid 2nd lien (1.0) | 1.0 |
| 9-23-09 | rje | CW MAK re: split of authorities instructions to file object/Motion as a contested matter, will follow up with an adversary to ensure it stands up regardless of new case law | .2 |
| 9-23-09 | mak | CW rje on Drsicoll case and issues | .2 |
| 9-29-09 | rje | ro signed soc, case file and draft letter to trustee | .3 |
| 10-2-09 | rje | CW mak re: need to start contested matter on second lien and instructions for paperwork | .1 |
| 10-2-09 | mak | Draft Objection to Wells Fargo POC | .5 |
| 10-5-09 | mak | Draft debtor's Objection to Proof of Claim | .5 |

| | | | |
|---|---|---|---|
| 10-7-09 | rje | ro contest matter motion on second lien, revise and approve with instructions for service under rules | .3 |
| 10-7-09 | mak | Finish Drafting Motion for Determination of Secured Lien & Objection to POC | .4 |
| 10-7-09 | mak | EF and Mail Motion for Determination of Secured Lien & Objection to POC | 1 |
| 11-30-09 | rje | ro file and draft from of order (.5) and cw Mak on obtaining hearing and form of order (.3) | .8 |
| 12-4-09 | rje | Ro rules and revise Notice of hearing on Motion to Determine value (.4) | .4 |
| 12-4-09 | mak | Draft Notice of Hearing | .2 |
| 12-4-09 | mak | CW Ron re Notice of Hearing | .5 |
| 12-4-09 | mak | Edit Notice of Hearing | .2 |
| 12-7-09 | mak | File Notice of Hearing, Mail out (by certified and priority mail), & e-mail to Ms Davis (Baum's office) | .5 |
| 12-28-09 | rje | ro proof of claim of Mayo clinic | .1 |
| 1-5-10 | rje | prepare for hearing on disallowing claim of wells Fargo .2 travel to hearing on wells Fargo claim .4 attend hearing on disallowing wells Fargo secured claim .5; travel from hearing on Wells Fargo claim .4 | 1.5 |
| 1-6-10 | rje | ro minute entry by court regarding hearing on motion to disallow secured claim of Wells Fargo .1 ro file and revise soc per request of Russell Brown .2; instructions to mak to review payment history and file and draft letter to R. Brown .1 | .4 |
| 1-06-10 | mak | Draft ltr to Brown re SOC and mail out | .2 |
| 1-7-10 | rje | Tcw Jon no answer .1; TCW Christine Driscoll on outcome of hearing .1 | .2 |
| 1-8-10 | rje | ro file and e-mail to Vangie on confirmation issues and attempt to expedite confirmation (.2) | .2 |
| 1-12-10 | rje | tcw vangie re; under funding from Fund wizard .1; ro file, calculations and e-mail from Vangie .2; revise soc .2; Tcw Christine Driscoll and get approval to increase payment amount .2; e-mail to Vangie with new soc .1 | .8 |
| 1-12-10 | mak | CW Ron re: SOC & Plan Analysis | .7 |
| 1-13-10 | rje | revise order per court's instructions and per procedure utilized .3 | .3 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 1-13-10 | mak | Draft Order re Motion for Determination(.1), CW Ron re Order (.2), Revise Order and Draft Notice (.3), CW Approval or Order (.1), E-file Notice & Lodge Order & Mail to Brown (.3) | 1 |
| 1-15-10 | rje | ro notice of lodging order and signed order of confirmation | .1 |
| 1-27-10 | rje | ro trustee report of allowed secured claims .1 | .1 |
| 3-19-10 | rje | review of motion to substitute attorney by B. Newton | .1 |
| 3-26-10 | rje | review of ORDER Granting Motion to Substitute Attorney terminating COLLEEN CONNOR, adding BRANDON A. NEWTON for Maricopa County Treasurer's Office | .1 |
| 4-6-10 | rje | review of Withdrawal of Claim 9 filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of America's Servicing Company as servicer for U.S. Bank National Association, | .1 |
| 6-10-10 | rje | review of Assignment/Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: CAPITAL ONE BANK (USA), N.A. (Claim No. 13) To Ophrys LLC filed by RICHARD S. RALSTON | .1 |
| 6-12-10 | rje | review of Notice of Payment Changes filed by TERESA DIAZ-COCHRAN of WELLS FARGO HOME MORTGAGE | .1 |
| 6-29-10 | mak | Draft Amended Wage Order .1; CW Ron re Wage Order .1; Print Order and Motion to PDF, File and send to Brown .2 | .4 |
| 6-29-10 | rje | ro motion for relief from stay and file .3; ro trustee payment history and cw mak on same .3; | .6 |
| 7-2-10 | mak | Draft ltr to Employer re Amended Wager Order and Mail out | .1 |
| 7-17-10 | rje | ro file, notice of lodging order by Tiffany and Bosco .3; tct Driscoll's home phone no answer after a dozen rings .1 | .4 |
| 7-17-10 | rje | tcw CHRISTINE and confirm they are behind and want to work with mortgage on modification, advised her of consequences of stay lifting .2 | .2 |
| 8-28-10 | rje | review of Withdrawal of Claim 9 filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of America's Servicing Company | .1 |
| 9-7-10 | rje | Tcw CHRISTINE John is back to work, stay is lifted on house they are upside down on first by 150k, they are also two months delinquent on Trustee plan payments we will try to reduce number and the amount of plan payments and get two month moratorium .4 | .4 |
| 9-9-10 | rje | approve letter to mortgage company for direct contact .1 | .1 |

| 1-3-11 | rje | RO CERTIFICATION OF NO OBJECTION AND SIGN OFF | .1 |
|---|---|---|---|
| 6-8-11 | rje | tcw CHRISTINE Driscoll on income issues | .3 |
| 7-18-11 | mak | Use new pay stubs and do recent income chart & e-mail Ron .3 | .3 |
| 7-22-11 | rje | cw mak on income, plan, and payment issues and reports .4; cw mak and draft motion of modification of plan .4; tct CHRISTINE and leave detailed message .2 | 1.0 |
| 7-22-11 | mak | CW Ron re New Income Chart and payment history .3; Draft Motion for Modification, print to PDF, E-File and send to Brown .3 | .6 |
| 7-25-11 | rje | cw mak on motion for wage assignment and approve | .1 |
| 7-25-11 | mak | Draft Second Amended Motion for Wage Order & Proposed Order .3; CW Ron re Motion & Proposed Order .1; Print Motion & Order to PDF, E-File Motion, Upload Order, and mail to Brown .2; TCW Chris re Order Determining Second at Zero, ltr she rec'd in mail re home foreclosure, & Motion for Modification of Confirmed Plan .2 | .8 |
| 7-28-11 | mak | Draft ltr to employer re Wage Order .2; Print ltr to PDF, print Wage Order to PDF, and mail to employer .2 | .4 |
| 9-23 -11 | rje | review of trustee recommendation and file with mak and outline SOM .5; revise SOM .1 | .6 |
| 9-23-11 | mak | CW Ron re Trustee's Rec on Modified Plan .2; Draft SOM .3; CW Ron re SOM .1; Edit SOM .1; Leave VM for Chris re 2010 tax returns .1 | .8 |
| 10-10 -11 | rje | review of file and place call to clients and leave message asking for return call .2; e-mail to CHRISTINE Driscoll requesting tax returns .1;review of e-mail explaining taxes will be turned over tomorrow from client .1 | .4 |
| 10-11-11 | rje | review of 2010 tax returns from client .1;review of file and draft required letter to trustee on his concerns in his recommendation .4 | .5 |
| 10-12-11 | rje | e-file notice of submitting PSOC to trustee | .1 |
| 12-6-11 | rje | review of trustee's notice of lodging order | .1 |
| 12-7-11 | rje | review of signed stipulated order of modification | .1 |
| 2-27-12 | rje | review of file regarding remaining steps for completion by clients .2; tcw Christine on remaining steps .2; draft debtor's education certificate .3; draft certificate of eligibility .1; e-mail to CHRISTINE with documents and written explanation .2;draft fee application 1.0 | 2.0 |

| Name | Admitted | Hours | Rate | Amount |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | 28.3 | $495 | $14,008.50 |
| Ashley Lannon | Paralegal | .3 | $165 | $ 49.50 |
| Mallory Knutson | Paralegal | 14.6 | $165 | $2,409.00 |
| Total This Fee Application | | | | $16,467.00 |
| Previously Paid | | | | ($5000.00) |
| Balance Owing | | | | $11,467.00 |
| Voluntary Write Down | | | | $6,467.00 |
| Balance requested | | | | $5,000.00 |